

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00525-CV

**EMC MORTGAGE CORPORATION**, As Servicing Agent for Bankers Trust Company,
As Owner Trustee for UCFC Home Equity Loan Owner Trust 1998-BA,
Created Pursuant to a Trust Agreement, Dated as of September 1, 1998,
between UCFC Acceptance Corporation, as Depositor,
Appellant

v.

John K. **SAUNDERS**, Independent Executor of the Estate of Douglas L. Saunders, Deceased,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-05026
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:  Rebecca Simmons, Justice
     Steven C. Hilbig, Justice
     Marialyn Barnard, Justice

Delivered and Filed:  October 28, 2009

DISMISSED

  Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to Appellee John K. Saunders who has not opposed the motion. We, therefore, grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

                PER CURIAM